## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) CASE NO. 1:19-BK-34562 |
| DAVID D TRINO, III, | ) |
| | ) JUDGE HONORABLE JUDGE |
| DEBTOR. | ) JACQUELINE P. COX |
| | ) |

### NEWREZ LLC D/B/A SHELLPOINT MORTAGE SERVICING NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

Now comes Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance period of 3 months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting 09/01/20 through 11/01/20. Creditor holds a secured interest in real property commonly known as 3739 W SUNNYSIDE AVE, CHICAGO, Illinois 60625 as evidenced by claim number 11-2 on the Court's claim register. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. If the Debtor desires to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Creditor asks that the Debtor or Counsel for the Debtor make those requests through undersigned counsel.

Per the request, Debtor will resume Mortgage payments beginning 11/01/20 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance

arrears"). Creditor has retained undersigned counsel to seek an agreement with Debtor regarding the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

Robertson, Anschutz, Schneid & Crane LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: (470) 321-7112

By: /s/Darrelyn Thomas
Darrelyn Thomas
Email: dthomas@rascrane.com

## **CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing *Notice of Debtor's Request for Forbearance* was served upon the following parties in the following fashion on this 2nd day of October 2020:

David D Trino, III
3739 W Sunnyside Ave.
Chicago, IL 60625

And via electronic mail to:

David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

By: /s/Amelia Mixon
Amelia Mixon
amixon@rascrane.com